IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON LEE JACKSON, | No. C 09-1425 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner currently incarcerated at Corcoran State Prison, has filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May    14   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\JACKSON1425.2d.wpd